■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL S. OWENS, Appellant. [34 NYS3d 905]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gubbay, J.), rendered June 14, 2013, convicting him of rape in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Callahan*, 80 NY2d 273, 283 [1992]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

By pleading guilty before the Supreme Court decided his motion to suppress certain evidence, the defendant forfeited appellate review of the issues raised in that motion (*see* CPL 710.70 [2]; *People v Fernandez*, 67 NY2d 686, 688 [1986]; *People*

*v Richardson*, 106 AD3d 1028 [2013]; *People v Pappacena*, 57 AD3d 1011 [2008]). Eng, P.J., Hall, Balkin, Cohen and Maltese, JJ., concur.